# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
Aug 11, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(1) a black Apple iPhone, serial number QGN7PNP9FN (Device 1) and (2) a silver Apple iPhone, with a brown/blue back, and unknown serial number (Device 2), CURRENTLY LOCATED AT HSI Sacramento, 650 Capitol Mall, Sacramento, CA 95814

Case No.  2:24-sw-0775 CKD

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before   August 23, 2024   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   August 9, 2024 at 2:36 pm

*Judge's signature*

City and state:   Sacramento, California   Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:24-sw-0775 CKD | Date and time warrant executed:<br>August 9, 2024 at 3:24pm | Copy of warrant and inventory left with:<br>None |
| Inventory made in the presence of :<br>CFA Paul Charland | | |

Inventory of the property taken and name of any person(s) seized:

1. Pursuant to the search warrant, HSI seized and searched a forensic copy of data from both phones: a black Apple iPhone, serial number QGN7PNP9FN (Device 1) and a silver Apple iPhone, with a brown/blue back, and unknown serial number (Device 2),

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

/s/ Casey Snyder

Subscribed, sworn to, and returned before me this date.

*[signature]*
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

August 11, 2025
Date

**ATTACHMENT A**

      The property to be searched is a (1) a black Apple iPhone, serial number QGN7PNP9FN (Device 1) and (2) a silver Apple iPhone, with a brown/blue back, and unknown serial number (Device 2), hereinafter the "Device." The Devices are currently located at HSI Sacramento, 650 Capitol Mall, Sacramento, CA 95814.

      This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on the Device described in Attachment A that relate to violations of 21 U.S.C. § 841 and 21 U.S.C. § 960 and involve **Scott Wallace** since January 1, 2024, including:

    a. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    b. methods used to import drugs, or cause drugs to be imported, into the United States;

    c. lists of customers and related identifying information;

    d. lists of co-conspirators and related identifying information;

    e. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    f. any information recording **Scott Wallace**'s schedule or travel from January 1, 2024, to the present;

    g. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records evidencing the use of the Devices' internet browsers, including:

    a. records of Internet Protocol addresses used;

    b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

4. This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the investigating agency may deliver a

complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.